**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge William J. Martínez**

Civil Action No. 26-cv-5081-WJM

WILSON OMAR GUTIERREZ HERNANDEZ,

Petitioner,

v.

JUAN BALTAZAR, in his official capacity as Warden of the Aurora Contract Detention Facility, *et al*.

Respondents.

---

**ORDER DIRECTING RESPONDENTS TO SHOW CAUSE AND SETTING BRIEFING SCHEDULE**

---

Before the Court is Petitioner Wilson Omar Gutierrez Hernandez's Petition for Writ of Habeas Corpus, brought pursuant to 28 U.S.C. § 2241 ("Petition") (ECF No. 1); and Emergency Motion for Temporary Restraining Order and Preliminary Injunction; Request for Expedited Hearing ("Motion") (ECF No. 2).

Upon review of the Petition, it is ORDERED that Petitioner shall serve Respondents Juan Baltazar, in his official capacity as Warden of the Aurora Contract Detention Facility; David Venturella, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; Markwayne Mullin, in his official capacity as Secretary of U.S. Department of Homeland Security; and Todd Blanche, in his official capacity as Attorney General of the United States, with a copy of the Petition, the Motion, and all accompanying papers, along with a copy of this Order, **by electronic mail on or before tomorrow, October 10, 2026**.

Petitioner shall forthwith file proof of such service on the docket, and counsel for Respondents shall forthwith thereafter enter their notices of appearance.

The Court further ORDERS Respondents to Show Cause why both the Petition and the Motion should not be granted by no later than **October 19, 2026**. Upon receipt of this Response, the Court will determine whether it will require a Reply from the Petitioner.

**Finally, pursuant to the All Writs Act, 28 U.S.C. § 1651, and in order to preserve this Court's jurisdiction, Respondents are hereby ENJOINED from removing, transferring, or causing to remove or transfer, Petitioner from the District of Colorado until such time as this Court, or the Tenth Circuit Court of Appeals, vacates this Order.**

Dated this 9th day of October, 2026.

BY THE COURT:

William J. Martinez
Senior United States District Judge